**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**VILLAGE AT THE BEVERLY, LLC** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 2:19-cv-55-KS-MTP**

**EMPIRE CORPORATION OF TENNESSEE, INC., *et al.*** **DEFENDANTS**

## ORDER TO STAY DISCLOSURE REQUIREMENTS AND DISCOVERY

This matter is before the court upon Plaintiff's Motion to Stay Litigation and Compel Arbitration [14] filed on May 7, 2019. In accordance with L.U.Civ.R. 16(b)(3)(B) the attorney conference, disclosure requirements, and all discovery are stayed pending the Court's ruling on the motion to compel arbitration, including any appeal.

The parties must promptly notify the Magistrate Judge of a decision on the motion and shall submit a proposed order lifting the stay. Within fourteen (14) days of entry of the order lifting the stay, the parties shall confer as outlined in L.U.Civ.R. 26(e). A telephonic case management conference shall be scheduled within sixty (60) days of the lifting of the stay.

SO ORDERED, this the 24th day of May, 2019.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE