**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**VILLAGE AT THE BEVERLY, LLC** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 2:19-CV-55-KS-MTP**

**EMPIRE CORPORATION OF TENNESSEE, INC.;**
**LRK INC.; and MICHAEL T. SULLIVAN** **DEFENDANTS**

---

**EMPIRE CORPORATION OF TENNESSEE, INC.** **THIRD-PARTY PLAINTIFF**

**VS.**

**NV CONSTRUCTION, LLC; BIGFORD ENTERPRISES, INC.; LOAN OAK CONSTRUCTION AND DEVELOPMENT, INC.; and SUPERIOR INSULATION OF THE GULF COAST, LLC** **THIRD-PARTY DEFENDANTS**

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the claims asserted by Plaintiff Village at the Beverly, LLC ("VATB") against Defendants Empire Corporation of Tennessee, Inc. ("Empire"), LRK Inc. and Michael T. Sullivan in this action are dismissed with prejudice pursuant to an arbitration award entered in favor of VATB and satisfied by Empire, LRK Inc. and Michael T. Sullivan. All parties who have appeared in this action[1] stipulate that VATB, LRK Inc., and Michael T. Sullivan should be dismissed from this action, with each party to bear its own costs, expenses, and legal fees. The parties also stipulate that the third-party claims asserted by Empire against Third-Party Defendants NV Construction, LLC, Bigford Enterprises, Inc., Loan Oak Construction and

[1] Third-Party Defendant NV Construction, LLC has not yet appeared in this action and need not stipulate to the dismissal pursuant to Rule 41(a)(A)(ii).

Development, Inc., and Superior Insulation of the Gulf Coast, LLC shall remain pending in this action.

Dated: February 5, 2021.

AGREED TO BY:

*/s/ Cody C. Bailey*
Cody C. Bailey
*Attorney for Village at the Beverly, LLC*

*/s/ Leah N. Ledford* (Signed with Permission)
Leah N. Ledford
*Attorney for Empire Corporation of Tennessee, Inc.*

*/s/ Patrick Patronas* (Signed with Permission)
Patrick Patronas
*Attorney for LRK Inc. and Michael T. Sullivan*

*/s/ Roy A. Smith, Jr.* (Signed with Permission)
Roy A. Smith, Jr.
*Attorney for Bigford Enterprises, Inc.*

*/s/ Richard O. Burson* (Signed with Permission)
Richard O. Burson
*Attorney for Loan Oak Construction and Development, Inc.*

*/s/ Kathryn Platt* (Signed with Permission)
Kathryn Platt
*Attorney for Superior Insulation of the Gulf Coast, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2021, I electronically filed the foregoing document with Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Cody C. Bailey*
Cody C. Bailey