**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**VILLAGE AT THE BEVERLY, LLC** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 2:19-CV-55-KS-MTP**

**EMPIRE CORPORATION OF TENNESSEE, INC.; LRK INC.; and MICHAEL T. SULLIVAN** **DEFENDANTS**

**EMPIRE CORPORATION OF TENNESSEE, INC.** **THIRD-PARTY PLAINTIFF**

**VS.**

**NV CONSTRUCTION, LLC; BIGFORD ENTERPRISES, INC.; LOAN OAK CONSTRUCTION AND DEVELOPMENT, INC.; and SUPERIOR INSULATION OF THE GULF COAST, LLC** **THIRD-PARTY DEFENDANTS**

**ORDER OF DISMISSAL AND CONTINUATION OF STAY**

This cause comes before the Court on a Stipulation of Dismissal With Prejudice filed by the parties in this action. On June 18, 2019, this Court entered an order granting a request to compel arbitration between the main parties to this action and ordering a stay of this matter during such proceedings.

The Court has now been advised that arbitration is completed, a ruling has been issued that found in favor of the Plaintiff, and payment has been made. The parties have now filed a stipulation of dismissal with prejudice for the main claims in this case brought by Plaintiff, Village at the Beverly, LLC, against Defendants Empire Corporation of Tennessee, Inc., LRK Inc., and Michael T. Sullivan. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), said stipulation has been signed by all parties who have appeared in this action.[1]

[1] Third-party Defendant NV Construction, LLC has not yet appeared and need not stipulate to the dismissal per Rule 41(a)(1)(A)(ii).

Therefore, the Court finds it appropriate to lift the current stay so as to enter this Order of Dismissal. Accordingly, the stay is lifted, and all claims by Village at the Beverly, LLC, against Defendants Empire Corporation of Tennessee, Inc., LRK Inc., and Michael T. Sullivan are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and legal fees.

With this dismissal, there still remain pending the third-party claims asserted by Empire Corporation of Tennessee, Inc. against NV Construction, LLC; Bigford Enterprises, Inc.; Loan Oak Construction and Development, Inc.; and Superior Insulation of the Gulf Coast, LLC. On February 1, 2021, the Court held a telephone conference will all parties, wherein it was requested that once the main claims were dismissed, the stay be reinstituted so as to give the remaining parties time to attempt to resolve the third-party claims.

The Court now grants said request and reinstitutes a complete stay of this action for thirty (30) days from the date of this Order, upon which expiration, Empire Corporation of Tennessee, Inc. shall notify the Court, via a Notice to the Court, the status of settlement discussions. The Court will then determine whether any further stay of the action is necessary or whether litigation will proceed.

SO ORDERED AND ADJUDGED this 9th day of February 2021.

/s/ Keith Starrett___________________
KEITH STARRETT
UNITED STATES DISTRICT JUDGE