**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**VILLAGE AT THE BEVERLY, LLC** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 2:19-CV-55-KS-MTP**

**EMPIRE CORPORATION OF TENNESSEE, INC.; LRK INC.; and MICHAEL T. SULLIVAN** **DEFENDANTS**

______________________________/

**EMPIRE CORPORATION OF TENNESSEE, INC.,** **THIRD-PARTY PLAINTIFF**

**VS.**

**NV CONSTRUCTION LLC, et al.** **THIRD-PARTY DEFENDANTS**

**JUDGMENT OF DISMISSAL**

The Court, having found that Superior Insulation of the Gulf Coast, LLC and Empire Corporation of Tennessee, Inc. have reached a settlement of their claims and finding no just reason for delay pursuant to Federal Rule of Civil Procedure 54(b), hereby enters a judgment of dismissal with prejudice as to all claims brought by Empire Corporation of Tennessee, Inc. against Superior Insulation of the Gulf Coast, LLC in the Second Third-Party Complaint in this action.

SO ORDERED AND ADJUDGED this 20th day of October 2021.

/s/ Keith Starrett___________________
KEITH STARRETT
UNITED STATES DISTRICT JUDGE