**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**VILLAGE AT THE BEVERLY, LLC** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 2:19-CV-55-KS-MTP**

**EMPIRE CORPORATION OF TENNESSEE, INC.; LRK INC.; and MICHAEL T. SULLIVAN** **DEFENDANTS**

______________________________/

**EMPIRE CORPORATION OF TENNESSEE, INC.,** **THIRD-PARTY PLAINTIFF**

**VS.**

**NV CONSTRUCTION LLC, et al.** **THIRD-PARTY DEFENDANTS**

**FINAL JUDGMENT AS TO CLAIMS AGAINST SUPERIOR INSULATION OF THE GULF COAST, LLC AND LONE OAK CONSTRUCTION AND DEVELOPMENT, INC. IN THE COMPLAINT IN INTERVENOR**

For the reasons stated in the Court's previous Order dated October 20, 2021 [Doc. No. 96] and finding no just reason for delay, in accordance with Federal Rules of Civil Procedure 54(b) and 58, the Court hereby enters final judgment in favor of Superior Insulation of the Gulf Coast, LLC and Lone Oak Construction and Development, Inc. and dismisses with prejudice all claims filed against them by Hallmark Specialty Insurance Company in the Complaint in Intervenor. Pursuant to Federal Rule of Civil Procedure 54(d)(1), Superior Insulation of the Gulf Coast, LLC and Lone Oak Construction and Development, Inc. are entitled to recover any costs incurred in the intervenor action.

SO ORDERED AND ADJUDGED this 20th day of October 2021.

/s/ Keith Starrett___________________
KEITH STARRETT
UNITED STATES DISTRICT JUDGE