**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VILLAGE AT THE BEVERLY, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **EMPIRE CORPORATION OF TENNESSEE, INC., LRK, INC., AND MICHAEL T. SULLIVAN,** | § | **Case No. 2:19-cv-55-KS-MTP** |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**HALLMARK INSURANCE COMPANY'S RULE 41 NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW Intervenor Plaintiff HALLMARK SPECIALTY INSURANCE COMPANY ("Hallmark"), and files this Notice of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and in support thereof, respectfully shows the following:

**I.**

Hallmark Insurance Company no longer wishes to pursue any of the claims and causes of action asserted in its Complaint in Intervention and/or any subsequent live pleading against Defendants NV Construction, LLC and R&R Mechanical, Inc., who did not make an appearance in this matter. Accordingly Hallmark hereby dismisses all of Intervenor's causes of action asserted against these Defendants, without prejudice to re-file. Taxable costs are to be borne by the parties incurring these costs.

Dated: November 15, 2021

Respectfully submitted:

By: _/s/ Lee M. Peacocke_

LEE M. PEACOCKE
LEWIS BRISBOIS BISGAARD & SMITH LLP
MSB Bar No.: 4076
400 Poydras Street, Suite 1300
New Orleans, LA 70130
Telephone: 504.208.3966
Facsimile: 504.754.7569
Lee.Peacocke@lewisbrisbois.com

*Counsel for Intervenor,*
*Hallmark Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel:

Cody C. Bailey
Jacob A. Bradley
BRUNINI, GRANTHAM, GROWER
& HEWES, PLLC-Jackson
P. O. Drawer 119
Pinnacle Bldg., Suite 100
190 East Capitol St.
Jackson, MS 39205-0119
*Counsel for Plaintiff, Village At The Beverly, LLC*

Leah Nichols Ledford
TAYLOR, WELLONS, POLITZ
& DUHE, APLC - MADISON
100 Webster Circle, Suite 104
Madison, MS 39110
*Counsel for third-Party Defendant,*
*Empire Corporation of Tennessee, Inc.*

Roy A. Smith , Jr.
Robert Brantley Adams
DANIEL, COKER, HORTON & BELL - Jackson
P.O. Box 1084
4400 Old Canton Road, Suite 400
Jackson, MS 39215-1084
*Counsel for Third-Party Defendants, NV Construction, LLC and Bigford Enterprises, LLC*

Richard O. Burson
Ben Morgan
BURSON, ENTREKIN, ORR,
MITCHELL & LACEY, PA
P. O. Box 1289
535 North Fifth Avenue
Laurel, MS 39441-1289
*Counsel for Third-Party Defendant, Lone Oak Construction and Development, Inc.*

Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH - Gulfport
2510 14th Street, Suite 910
Gulfport, MS 39501
*Counsel for Third Party Defendant, Superior Insulation of the Gulf Coast, LLC*

*/s/ Lee M. Peacocke*
Lee M. Peacocke