**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**VILLAGE AT THE BEVERLY, LLC** **PLAINTIFF**

**VS.** **CAUSE NO.: 2:19-cv-55-KS-MTP**

**EMPIRE CORPORATION OF TENNESSEE, INC.; LRK INC.; and MICHAEL T. SULLIVAN** **DEFENDANTS**

---

**EMPIRE CORPORATION OF TENNESSEE, INC.** **THIRD-PARTY PLAINTIFF**

**VS.**

**NV CONSTRUCTION LLC, et al.** **THIRD-PARTY DEFENDANTS**

**AGREED ORDER OF DISMISSAL**
**AS TO THE THIRD-PARTY DEFENDANTS**

BEFORE THE COURT is the joint motion of Third-Party Plaintiff, Empire Corporation of Tennessee, Inc. ("Empire"), and Third-Party Defendants, NV Construction, LLC, Bigford Enterprises, Inc. and R&R Mechanical, Inc. ("Third-Party Defendants"), for entry of an order of dismissal all of Empire's claims asserted in this action against the Third-Party Defendants with prejudice, with each party to bear its own costs. Empire and the Third-Party Defendants have represented to the Court that they have resolved all of Empire's claims against the Third-Party Defendants in this suit and that there is no just reason for delay in the dismissal of the Third-Party Defendants. Accordingly, the Court further finds that the motion is well-taken and should be granted.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that, pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay in the dismissal of the Third-Party Defendants and all claims against the Third-Party Defendants are hereby dismissed with prejudice, with each party to bear its own costs.

This being the final resolution of the claims in this matter, it is further ORDERED that the Clerk of Court shall close this case.

**SO ORDERED AND ADJUDGED** this 29th day of December 2021.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Leah N. Ledford*
LEAH N. LEDFORD (MSB #101394)
Taylor, Wellons, Politz & Duhe, APLC
P.O. Box 550
Madison, MS 39130
Email: lledford@twpdlaw.com
*Attorney for Third-Party Plaintiff,*
*Empire Corporation of Tennessee, Inc.*

*/s/ Roy A. Smith*
ROY A. SMITH, JR. (MSB #7599)
Daniel Coker Horton & Bell, P.A.
P.O. Box 1084
Jackson, MS 39215-1084
Email: rsmith@danielcoker.com
*Attorney for Third-Party Defendant,*
*Bigford Enterprises, Inc.*

*/s/ Richard T. Conrad*
RICHARD T. CONRAD, III (MSB #10648)
Wells Marble & Hurst
P.O. Box 131
Jackson, MS 39205-0131
Email: rconrad@wellsmar.com
*Attorney for Third-Party Defendant,*
*R&R Mechanical, Inc.*